ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG         #1733-0
HARVEY M. DEMETRAKOPOULOS #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii          96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at 10 o'clock and 53 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. 04 00256 (SOM) (BMK)<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>*[RE: PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY]* |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the original and one copy of *Plaintiffs' Second Request For Production Of Documents To Defendant Liberty Mutual Fire Insurance Company*, were served upon the following by mailing the same, postage prepaid, or by personal service, as indicated below, on ___February 8, 2006___.

```
TO:     KENNETH J. MANSFIELD, ESQ.      (HAND DELIVERY)
        McCorriston Miller
          Mukai MacKinnon LLP
        Five Waterfront Plaza, 4th Floor
        500 Ala Moana Boulevard
        Honolulu, Hawaii  96813

        Attorney for Defendant
        LIBERTY MUTUAL FIRE INSURANCE COMPANY


DATED:  Honolulu, Hawaii,    February 8, 2006   .
```

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs