ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD    #7227-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Tel. No. (808) 529-7300
Facsimile No.: (808) 524-8293
mansfield@m4law.com

Attorney for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 1 2006

at 2 o'clock and 05 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION INCORPORATED,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>          Defendants. | Civil No. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br>[Re: Defendant Liberty Mutual Fire Insurance Company's Response To Plaintiffs' Second Request For Production Of Documents To Defendant Liberty Mutual Fire Insurance Company]<br><br><br>Trial Date: November 7, 2006 |

134271.1

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on March 31, 2006, the original of Defendant Liberty Mutual Fire Insurance Company's Response to Plaintiffs' Second Request for Production of Documents to Defendant Liberty Mutual Fire Insurance Company was duly served upon the following via U.S. mail, first-class postage pre-paid, addressed as follows:

> Roy K. S. Chang, Esq.
> Harvey M. Demetrakopoulos, Esq.
> 333 Queen Street, Suite 900
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, March 31, 2006.

_____
KENNETH J. MANSFIELD

Attorney for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY