# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00256SOM-BMK |
| CASE NAME: | Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company, et al. |
| ATTYS FOR PLA: | Roy K.S. Chang |
| ATTYS FOR DEFT: | Kenneth J. Mansfield |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 4/26/2006 | TIME: | 2 - 2:05 |

COURT ACTION: EP: Status Conference Re Mediation and Rescheduling Conference held.  Parties agree to enter into mediation.

Kenneth J. Mansfield enters appearance as counsel for Liberty Mutual Fire Insurance Company.

New dates given to allow completion of mediation.  Court to prepare an amended scheduling order.

1. Jury trial on February 13, 2007 at 9:00 a.m. before SOM
2. Final Pretrial Conference on January 3, 2007 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by December 27, 2006
5. File motions to Join/Add Parties/Amend Pleadings by July 14, 2006
6. File other Non-Dispositive Motions by November 15, 2006
7. File Dispositive Motions by September 13, 2006
8a. File Motions in Limine by January 23, 2007
8b. File opposition memo to a Motion in Limine by January 30, 2007
11a. Plaintiff's Expert Witness Disclosures by August 14, 2006
11b. Defendant's Expert Witness Disclosures by September 13, 2006
12. Discovery deadline December 15, 2006
13. Settlement Conference set for December 14, 2006 at 1:30 p.m. before BMK
14. Settlement Conference statements by December 7, 2006

20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 30, 2007
21. File Final witness list by January 23, 2007
24. Exchange Exhibit and Demonstrative aids by January 16, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 23, 2007
26. File objections to the Exhibits by January 30, 2007
28a. File Deposition Excerpt Designations by January 23, 2007
28b. File Deposition Counter Designations and Objections by January 30, 2007
29. File Trial Brief by January 30, 2007
30.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager