ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD  #7227-0
R. JOHN SEIBERT  #5257-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300;
Facsimile No.: (808) 524-8293
mansfield@m4law.com; rjs@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006

at 3 o'clock and 01 min. P M
SUE BEITIA, CLERK

LODGED

APR 21 2006
9:10 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04-00256 SOM BMK (Contract)<br><br>STIPULATION TO AMEND THE OCTOBER 25, 2005 SECOND AMENDED RULE 16 SCHEDULING ORDER RE: DEADLINE TO SUBMIT EXPERT REPORTS; ORDER<br><br>Trial Date: April 4, 2006 |

STIPULATION TO AMEND THE OCTOBER 25, 2005
SECOND AMENDED RULE 16 SCHEDULING ORDER
RE: DEADLINE TO SUBMIT EXPERT REPORTS

Plaintiffs Tiara Engle and Portner Orthopedic Rehabilitation, Incorporated and Defendant Liberty Mutual Fire Insurance Company, by and through their respective undersigned attorneys, hereby stipulate and agree that Paragraph 11 of the October 25, 2005 Second Amended Rule 16 Scheduling Order, regarding deadlines to submit expert reports, be and is amended to read as follows:

    a.    Plaintiffs shall comply by June 8, 2006.

    b.    Defendants shall comply by July 8, 2006

The Second Amended Rule 16 Scheduling Order shall otherwise remain unchanged.

DATED: Honolulu, Hawaii, _____APR 2 1 2006_____.

_____
ROY K.S. CHANG
HARVEY M. DEMETRAKOPOULOS

Attorneys for Plaintiffs
TIARA ENGLE and PORTNER
ORTHOPEDIC REHABILITATION
INCORPORATED

---

*Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company*; Civil No. 04-00256 SOM BMK
STIPULATION TO EXTEND PLAINTIFFS' EXPERT DISCLOSURE DEADLINE AND ORDER

2

136449.1

_____
KENNETH J. MANSFIELD
R. JOHN SEIBERT

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

APPROVED AND SO ORDERED

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company*; Civil No. 04-00256 SOM BMK
STIPULATION TO EXTEND PLAINTIFFS' EXPERT DISCLOSURE DEADLINE AND ORDER

136449.1