McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD          #7227-0
R. JOHN SEIBERT               #5257-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300;
Facsimile No.:  (808) 524-8293
mansfield@m4law.com; rjs@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and  ROE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 04-00256 SOM BMK <br> (Contract) <br><br> WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY AND ORDER <br><br><br> Trial Date: April 4, 2006 |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT
LIBERTY MUTUAL FIRE INSURANCE COMPANY AND ORDER

COMES NOW Lisa M. Ginoza, attorney of record for Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), pursuant to Local Rule 83.6 of the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant Liberty Mutual; and

COMES NOW Kenneth J. Mansfield and the law firm of McCORRISTON MILLER MUKAI MacKINNON LLP, and hereby enters their appearance as counsel for Defendant Liberty Mutual.

At this time all scheduling deadlines are to remain the same.

DATED: Honolulu, Hawaii, __June 29, 2006__.

/s/ Lisa M. Ginoza
LISA M. GINOZA

Withdrawing Counsel

/s/ Kenneth J. Mansfield
KENNETH J. MANSFIELD

Appearing Counsel

================================================================

Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company; Civil No. 04-00256 SOM/BMK;
**Withdrawal and Substitution of Counsel for Defendant Liberty Mutual Fire Insurance Company and Order**

**CONSENTED TO:**

LIBERTY MUTUAL FIRE INSURANCE COMPANY


By:   /s/ Scott Kostylo
     Its   Claims Manager

===========================================================================
*Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company*; Civil No. 04-00256 SOM/BMK;
**Withdrawal and Substitution of Counsel for Defendant Liberty Mutual Fire Insurance Company and Order**