IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE, et al., | ) CIV. NO. 04-00256 SOM/BMK |
| Plaintiffs, | ) ORDER REGARDING TRIAL DATE |
| vs. | ) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) |
| Defendant. | ) |

ORDER REGARDING TRIAL DATE

The trial of this matter is set to begin on February 13, 2007.  This date may not be changed except by the trial judge.  That is, if the trial is to be by the district judge, the parties may not seek a continuance from the magistrate judge.  This does not mean, however, that the district judge can guarantee the parties that the trial will begin on February 13, 2007, as the district judge must give priority to felony trials, even if those are newer cases or have had their trial dates set after the trial date in this case was set.  If the parties require a firm trial date, they may obtain a firm trial date by consenting to trial by a magistrate judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; July 6, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

TIARA ENGLE, et al. v. LIBERTY MUTUAL FIRE INSURANCE COMPANY; CIV. NO. 04-00256 SOM/BMK; ORDER REGARDING TRIAL DATE