McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD    #7227-0
ELIZABETH A. ROBINSON   #7805-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Tel. No. (808) 529-7300
Facsimile No.: (808) 524-8293
mansfield@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION INCORPORATED,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　Defendants. | Civil No. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF PORTNER ORTHOPEDIC REHABILITATION INCORPORATED] |

143583.1

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on  AUG 4 2006 , the original of DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S FIRST REQUEST FOR PRODUCTION OF DOCMENTS AND THINGS TO PLAINTIFF PORTNER ORTHOPEDIC REHABILITATION INCORPORATED was duly served upon the following via U.S. mail, first-class postage pre-paid, addressed as follows:

    Roy K. S. Chang, Esq.
    Harvey M. Demetrakopoulos, Esq.
    333 Queen Street, Suite 900
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii,  AUG 8 2006                    .

KENNETH J. MANSFIELD
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

143583.1

2