McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD     #7227-0
ELIZABETH A. ROBINSON    #7805-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Tel. No. (808) 529-7300
Facsimile No.: (808) 524-8293
mansfield@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION INCORPORATED,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　　Defendants. | Civil No. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: Defendant Liberty Mutual Fire Insurance Company's First Request for Production of Documents and Things to Plaintiff Tiara Engle] |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on AUG 4 2006, the original of Defendant Liberty Mutual Fire Insurance Company's First Request for Production of Documents and Things to Plaintiff Tiara Engle was duly served upon the following via U.S. mail, first-class postage pre-paid, addressed as follows:

>Roy K. S. Chang, Esq.
>Harvey M. Demetrakopoulos, Esq.
>333 Queen Street, Suite 900
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, AUG 8 2006.

KENNETH J. MANSFIELD
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

143582.1

2