ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG        #1733-0
HARVEY M. DEMETRAKOPOULOS  #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii        96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

LODGED
AUG 2 1 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 2 2 2006
at 1 o'clock and 00 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**SECOND STIPULATION TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERTS AND REPORTS AND ORDER** |

SECOND STIPULATION TO EXTEND DEADLINES
FOR DISCLOSURE OF EXPERTS AND REPORTS

IT IS HEREBY stipulated between Plaintiffs TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY that:

1)   the deadline for Plaintiffs to disclose experts and reports is extended from August 14, 2006 to September 14, 2006; and

2)   the deadline for Defendant to disclose experts and reports is extended from September 13, 2006 to October 14, 2006.

DATED:  Honolulu, Hawaii, August 11, 2006.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs

_____
KENNETH J. MANSFIELD
Attorney for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

-2-