ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG        #1733-0
HARVEY M. DEMETRAKOPOULOS #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii        96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 7 2006

at 11 o'clock and 0 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**NOTICE OF HEARING MOTION; PLAINTIFFS' FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS; MEMORANDUM IN SUPPORT OF MOTION; APPENDICIES A-C; CERTIFICATE OF SERVICE**<br><br>Hearing:<br>Date: _____<br>Time: _____<br>Judge: _____<br><br>Trial Week: February 13, 2007 |

**NOTICE OF HEARING MOTION**

TO:　　KENNETH J. MANSFIELD, ESQ.
　　　　Five Waterfront Plaza
　　　　4th Floor
　　　　500 Ala Moana Boulevard
　　　　Honolulu, Hawaii   96813

Attorney for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

NOTICE IS HEREBY GIVEN that Plaintiffs' First Motion to Compel Production Of Documents shall come on for hearing before The Honorable Barren Kurren, Judge of the above-entitled Court, in his courtroom at the United States District Court, District of Hawaii, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ \_\_\_.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, \_\_\_September 7, 2006\_\_\_.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>            Plaintiffs,<br><br>      vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**PLAINTIFFS' FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

## PLAINTIFFS' FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs hereby move this Honorable court for an order compelling Defendant to produce documents responsive to Plaintiffs' First Request For Production of Documents and Plaintiffs' Second Request For Production of Documents. This motion is brought pursuant to F.R.C.P. Rule 37(a)(2)(B) and LR37.1. Movants' counsel hereby certifies that he has conferred in good faith with Defendant's counsel in an effort to secure the information or material without court action, and that both counsel attempted, in good faith, to limit the disputed issues and avoid the necessity for a motion. This

motion is based upon the attached memorandum in support of motion and appendicies, and the record and files herein.

DATED: Honolulu, Hawaii, _____September 7, 2006_____.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff

2