



Appendix A