ORIGINAL



Of Counsel:
SHIM & CHANG

ROY K. S. CHANG      #1733-0
HARVEY M. DEMETRAKOPOULOS  #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii      96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP  8 2006

at ____o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

SEP 07 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

TIARA ENGLE and PORTNER
ORTHOPEDIC REHABILITATION,
INCORPORATED,

                     Plaintiffs,

          vs.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; JOHN DOES 1-10; JANE
DOES 1-10; DOE CORPORATION 1-
10; DOE PARTNERSHIPS 1-10; ROE
"NON-PROFIT" CORPORATIONS 1-10;
and ROE GOVERNMENTAL ENTITIES
1-10,

                     Defendants.

) CIVIL NO. 04 00256 (SOM) (BK)
) (Other Civil Action)
)
)
) **STIPULATION TO EXTEND**
) **DEADLINES FOR DISCLOSURE OF**
) **EXPERTS AND REPORTS AND TO**
) **EXTEND THE DEADLINE FOR FILING**
) **DISPOSITIVE MOTIONS AND ORDER**
)
)
)
)
)
)
)
)
)
)
)

## STIPULATION TO EXTEND DEADLINES
### FOR DISCLOSURE OF EXPERTS AND REPORTS AND TO EXTEND
### THE DEADLINE FOR FILING DISPOSITIVE MOTIONS AND ORDER

          IT IS HEREBY stipulated between Plaintiffs TIARA

ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED

and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY that:

(1) The deadline for Plaintiffs to disclose experts and reports is extended from September 14, 2006 to November 14, 2006;

(2) The deadline for Defendant to disclose experts and reports is extended from October 14, 2006 to December 14, 2006; and

(3) The deadline to file dispositive motions is extended from September 13, 2006 to October 13, 2006.

DATED:  Honolulu, Hawaii, _September 7____, 2006.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs

_____
for KENNETH J. MANSFIELD
Attorney for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

--------------------------------------------------------------------
*Tiara Engle, et al. vs. Liberty Mutual Fire Insurance Company, et al.;*
*Civil No. CV04-00256 SOM BMK;* Stipulation To Extend Deadlines For
Disclosure Of Experts And Reports And To Extend The Deadline For Filing
Dispositive Motions And Order

2