McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD          #7227-0
R. JOHN SEIBERT               #5257-0
ELIZABETH A. ROBINSON         #7805-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300;
Facsimile No.: (808) 524-8293
mansfield@m4law.com; rjs@m4law.com;
erobinson@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>Trial Date: February 13, 2007 |

145524.1

## DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), by and through its undersigned counsel, McCorriston Miller Mukai MacKinnon LLP, respectfully moves this Honorable Court for summary judgment in its favor as to all remaining claims brought by Plaintiff Tiara Engle for the reason that there are no genuine issues of material fact and that Liberty Mutual is entitled to judgment in its favor as a matter of law.

This Motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and is supported by the accompanying memorandum of law, declarations, exhibits and separate concise statement of material undisputed facts, and the records and files in this case.

DATED: Honolulu, Hawaii, ___SEP 1 3 2006_____.

_____
KENNETH J. MANSFIELD
R. JOHN SEIBERT
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY