# STATEMENT OF CLAIM
## PERSONAL INJURY PROTECTION BENEFITS

**Liberty Mutual**

| DATE | POLICYHOLDER | POLICY NUMBER | DATE OF ACCIDENT | FILE NO. |
|---|---|---|---|---|
| 05/05/2003 | LEONARD L. EGDAMIN | A02-268-694568-01 | 05/02/2003 | LA658-003558040-05 |

PLEASE COMPLETE AND RETURN THIS FORM TO US. YOUR COOPERATION WILL ENABLE US TO DETERMINE YOUR ELIGIBILITY FOR PERSONAL INJURY PROTECTION BENEFITS.

TIARA ENGLE
2623 NONOHE ST
WAHIAWA HI 96786-2842

KIMBERLY BOYKIN
CLAIMS DEPARTMENT
Liberty Mutual Fire Insurance Company
PO Box 30608
Honolulu HI 96820

Tel: (808) 589-8920 / (800) 352-5957
Fax: (808) 589-8943

**NAME OF PERSON MAKING CLAIM:** TIARA ENGLE
**Phone No.** HOME 622-1138 / BUSINESS 622-1678
**ADDRESS:** 2623 NONOHE ST, WAHIAWA HI 96786-2842
**DATE OF BIRTH:** 06/04/1984
**SOC. SEC. NO.:** 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
**DATE AND TIME OF ACCIDENT:** 05/02/2003
**PLACE OF ACCIDENT:** KAMEHAMEHA HIGHWAY, WAHIAWA, HI

**DESCRIPTION OF ACCIDENT:** I was a passenger in a vehicle driven by Brandon Egdamin. We were stopped at Whitmore Ave. waiting for the green light when Ms. Tautagaloa rearended our vehicle

**AT THE TIME OF THE ACCIDENT WERE YOU (CHECK ONE):** THE DRIVER? ☐ A PASSENGER? ☒ A PEDESTRIAN? ☐

**AT THE TIME OF THE ACCIDENT WERE YOU A MEMBER OF THE POLICYHOLDER'S HOUSEHOLD?** YES ☒ NO ☐

**AS A RESULT OF THIS ACCIDENT WERE YOU INJURED?** ☒ YES ☐ NO

**DESCRIPTION OF INJURY:** Head, neck, back, arm pains, and other bodily injuries, as well as mental and emotional distress.

**WERE YOU TREATED BY A DOCTOR?** YES ☒ NO ☐
**DATE OF 1ST TREATMENT:** 5/2/03

**IF YOU WERE TREATED IN A HOSPITAL, WERE YOU AN:** In-Patient? ☐ Out-Patient? ☒
**HOSPITAL'S NAME AND ADDRESS:** Kaiser Moanalua

**AMOUNT OF MEDICAL BILLS TO DATE:** $ unknown
**WILL YOU HAVE MORE MEDICAL EXPENSE?** YES ☒ NO ☐
**AT THE TIME OF THIS ACCIDENT WERE YOU IN THE SCOPE OF YOUR EMPLOYMENT?** ☐ YES ☒ NO

**DID YOU LOSE WAGES OR SALARY AS A RESULT OF YOUR INJURY?** YES ☒ NO ☐
**IF YES, AMOUNT LOST TO DATE:** $ unknown
**WHAT IS YOUR AVERAGE WEEKLY WAGE OR SALARY?** $ 6.25/hr. / $50/wk

**IF YOU LOST WAGES:** DATE DISABILITY FROM WORK BEGAN: 5/4/03    DATE YOU RETURNED TO WORK: 5/7/03

**HAVE YOU RECEIVED OR ARE YOU ELIGIBLE FOR BENEFITS UNDER:**

| | YES | NO | IF YES, AMOUNT |
|---|---|---|---|
| (1) ANY WORKMEN'S COMPENSATION LAW? | ☐ | ☒ | |
| (2) EMPLOYMENT BY U.S. GOVERNMENT? | ☐ | ☒ | $ unknown (food stamps) |
| (3) MILITARY SERVICE? | ☐ | ☒ | ☐ PER WEEK  ☐ MONTH |
| (4) WELFARE ASSISTANCE? | ☒ | ☐ | |
| (5) SOCIAL SECURITY OR MEDICARE? | ☐ | ☒ | |

**LIST NAMES AND ADDRESSES OF YOUR EMPLOYERS AT THE DATE OF THE ACCIDENT AND GIVE OCCUPATION AND DATES OF EMPLOYMENT:**
Chevron-1011 California Avenue, Wahiawa, HI 96786 - November 2002 to present

**AS A RESULT OF YOUR INJURY HAVE YOU HAD ANY OTHER EXPENSES?** YES ☐ NO ☐

**SIGNATURE:** Tiara K. Engle
**DATE:** May 15, 2003

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSONS, FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT, MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, SUBJECT TO CRIMINAL PROSECUTION AND CIVIL PENALTIES.

**IMPORTANT:**
1. TO BE ELIGIBLE FOR BENEFITS YOU MUST COMPLETE AND SIGN THIS APPLICATION.
2. YOU MUST ALSO SIGN ANY ENCLOSED AUTHORIZATION(S).
3. RETURN PROMPTLY WITH ANY MEDICAL BILLS YOU HAVE RECEIVED TO DATE

FOR YOUR PROTECTION, HAWAII LAW REQUIRES YOU TO BE INFORMED THAT PRESENTING A FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT IS A CRIME PUNISHABLE BY FINES OR IMPRISONMENT, OR BOTH.

EXHIBIT "B"

Helping People Live Safer, More Secure Lives