IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>           Plaintiffs,<br><br>  vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>           Defendants. | CIVIL NO. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following individual(s) via electronic filing, addressed as follows:

146070.1

ROY K.S. CHANG, ESQ.
HARVEY M. DEMETRAKOPOULOS, ESQ.
333 Queen Street, Suite 900
Honolulu, Hawaii 96813
ronnie@shimchanglawyers.com
harvey@shimchanglawyers.com

Attorneys for Plaintiffs
TIARA ENGLE and PORTNER
ORTHOPEDIC REHABILITATION INCORPORATED

DATED: Honolulu, Hawaii, September 15, 2006.

_____
KENNETH J. MANSFIELD
R. JOHN SEIBERT
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY