# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/4/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00256SOM-BMK

CASE NAME:        Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company

ATTYS FOR PLA:    Roy K.S. Chang, Harvey M. Demetrakopoulos

ATTYS FOR DEFT:   Kenneth J. Mansfield

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    10/4/06                  TIME:       3:18 - 4:09

COURT ACTION:  EP:  [55] Plaintiff's First Motion to Compel Production of Documents - GRANTED in part.  Harvey M. Demetrakopoulos to prepare the order.

Status Conference Re Trial Date - new dates given.  Court to prepare an amended scheduling order.

1.   Jury trial on September 11, 2007 at 9:00 a.m. before SOM
2.   Final Pretrial Conference on July 31, 2007 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by July 24, 2007
5.
6.
7.
8a.  File Motions in Limine by August 21, 2007
8b.  File opposition memo to a Motion in Limine by August 28, 2007
11a.
11b.
12.  Discovery deadline July 13, 2007
13.  Settlement Conference set for December 14, 2006 at 1:30 p.m. before BMK
14.  Settlement Conference statements by December 7, 2006
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 28, 2007
21.  File Final witness list by August 21, 2007

24. Exchange Exhibit and Demonstrative aids by August 14, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 21, 2007
26. File objections to the Exhibits by August 28, 2007
28a. File Deposition Excerpt Designations by August 21, 2007
28b. File Deposition Counter Designations and Objections by August 28, 2007
29. File Trial Brief by August 28, 2007
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 04-00256SOM-BMK;
Tiara Engle, et al. V. Liberty Mutual Fire Insurance Company;
Rule 16 Scheduling Conference Minutes
10/4/06