ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG           #1733-0
HARVEY M. DEMETRAKOPOULOS  #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii          96813
Telephone No. (808)524-5803

LODGED DEC 5 2006 10:40a
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 6 2006
at 2 o'clock and 50 min P M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>STIPULATION TO EXTEND DEADLINES FOR DISCLOSURE OF EXPERTS AND REPORTS AND ORDER |

STIPULATION TO EXTEND DEADLINES
FOR DISCLOSURE OF EXPERTS AND REPORTS AND ORDER

IT IS HEREBY stipulated between Plaintiffs TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY that:

(1) The deadline for Plaintiffs to disclose experts and reports is extended from November 14, 2006 to March 15, 2007;

(2) The deadline for Defendant to disclose experts and reports is extended from December 14, 2006 to April 15, 2007.

DATED: Honolulu, Hawaii, December 5, 2006.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs

_____
KENNETH J. MANSFIELD
Attorney for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Tiara Engle, et al. vs. Liberty Mutual Fire Insurance Company, et al.; Civil No. CV04-00256 SOM BMK; Stipulation To Extend Deadlines For Disclosure Of Experts And Reports And Order*