IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____ | CIV. NO. 04-00256 SOM/BMK<br><br>THIRD ORDER REGARDING TRIAL DATE |

ORDER REGARDING TRIAL DATE

The presently assigned trial date of September 11, 2007, may not be continued without the express consent of the trial judge.  This order does not guarantee the parties that the trial will begin on that date, as criminal cases with priority or other matters may prevent the court from beginning the trial as scheduled.  However, the parties may not continue the trial date by agreement or by motion before the Magistrate Judge unless the trial judge agrees.  The parties remain free to consider consenting to trial by Magistrate Judge.

This is the third time the court is issuing this kind of order.  The parties are directed to bring any request for a trial continuance directly to the trial judge.  While previous continuances were not a problem, any party that hereafter seeks a continuance other than through the trial judge will be sanctioned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; January 24, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Tiara Engle v. Liberty Mutual, et al.; Civ. No. 04-00256 SOM/BMK; THIRD ORDER REGARDING TRIAL DATE