ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG        #1733-0
HARVEY M. DEMETRAKOPOULOS #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii      96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>         Plaintiffs,<br><br>    vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>         Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**NOTICE OF HEARING MOTION;**<br>**PLAINTIFF'S MOTION FOR AN**<br>**ORDER COMPELLING CLIFFORD LAU,**<br>**M.D. TO THOROUGHLY COMPLY WITH**<br>**SUBPOENA DUCES TECUM AND TO**<br>**COMPLY WITH SUBPOENA TO ATTEND**<br>**AN ORAL DEPOSITION; MEMORANDUM**<br>**IN SUPPORT OF MOTION;**<br>**AFFIDAVIT OF HARVEY M.**<br>**DEMETRAKOPOULOS; EXHIBITS "A"**<br>**– "F"; APPENDIX A; CERTIFICATE**<br>**OF SERVICE**<br><br>Hearing:<br>Date:<br>Time:<br>Judge:<br><br>Trial Week: September 11, 2007 |

NOTICE OF HEARING MOTIONS

TO:     KENNETH J. MANSFIELD, ESQ.
        Five Waterfront Plaza – 4th Floor
        500 Ala Moana Boulevard
        Honolulu, Hawaii  96813

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

NOTICE IS HEREBY GIVEN that PLAINTIFF'S MOTION FOR AN ORDER COMPELLING CLIFFORD LAU, M.D. TO THOROUGHLY COMPLY WITH SUBPOENA DUCES TECUM AND TO COMPLY WITH SUBPOENA TO ATTEND AN ORAL DEPOSITION shall come on for hearing before the Honorable Barry Kurren, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, 2007 at \_\_\_\_ \_\_.m., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, _January 30, 2007_ .

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff