IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**PLAINTIFF'S MOTION FOR AN ORDER COMPELLING CLIFFORD LAU, M.D. TO THOROUGHLY COMPLY WITH SUBPOENA DUCES TECUM AND TO COMPLY WITH SUBPOENA TO ATTEND AN ORAL DEPOSITION**<br><br>Trial Week:  September 11, 2007 |

**PLAINTIFF'S MOTION FOR AN
ORDER COMPELLING CLIFFORD LAU, M.D. TO
THOROUGHLY COMPLY WITH SUBPOENA DUCES TECUM AND
TO COMPLY WITH SUBPOENA TO ATTEND AN ORAL DEPOSITION**

Plaintiff hereby moves this Honorable Court for an order compelling Clifford Lau, M.D. to thoroughly comply with the subpoena duces tecum served upon his office on October 19, 2006 by searching for and producing all records described therein, and to appear for an oral deposition during business hours at Plaintiff's counsel's office as

will be designated in a subpoena, with no conditions other than payment to Dr. Lau of the witness fees and mileage accorded by court rules and/or statute.

This motion is brought pursuant to F.R.C.P. Rule 37, and is based upon the attached memorandum in support of motion, affidavit, and exhibits, and the record and files herein.

DATED: Honolulu, Hawaii, January 30, 2007.

ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff