

**SHIM & CHANG**
ATTORNEYS AT LAW
A LAW CORPORATION

September 28, 2006

Kenneth J. Mansfield, Esq.          Via fax at 524-8293    *fax*

Re: *Engle v. Liberty Mutual*

Dear Mr. Mansfield:

    In order to give more time to see if a solution can be worked out regarding Dr. Lau's setting of conditions for his deposition, and because his office called today stating that he needs to be paid in full, in advance, before appearing at a deposition, we will postpone taking his deposition for a couple of weeks. Therefore, he will not be deposed next week. On a related vein, we have not yet received the transcripts from the depositions we took, and we need them to prepare our opposition to the pending summary judgment motion. Can we move the summary judgment hearing a week or two so that we can get our opposition materials together? If this is agreeable, please let us know, and please contact the court to get a new hearing date. (We can't do it because we did not file the motion.)

                      Very truly yours,

                      SHIM & CHANG
                      Attorneys at Law

              By _____
                    ROY K. S. CHANG
                    HARVEY M. DEMETRAKOPOULOS

HMD:rrm

333 Queen Street, Suite 900 • Honolulu, Hawaii 96813 • (808) 524-5803 • Fax (808) 538-3853
From Neighbor Islands (800) 247-5849
Hilo (808) 961-ATTY • Kona (808) 326-ATTY • Kauai (808) 246-9190 • Maui (808) 244-5006

EXHIBIT " D "