IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Trial Week:  September 11, 2007 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following by mailing the same, postage prepaid, or by personal service, as indicated below, on January 30, 2007:

    KENNETH J. MANSFIELD, ESQ.   (Hand Delivered)
    Five Waterfront Plaza
    4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendant
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii, _January 30, 2007_.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs

2