IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>            Plaintiffs,<br><br>      vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following individual(s) via electronic court filing (ECF) or U.S. mail, first-class postage pre-paid (M), addressed as follows:

155047.1

ROY K.S. CHANG, ESQ.  (ECF)
HARVEY M. DEMETRAKOPOULOS, ESQ.
333 Queen Street, Suite 900
Honolulu, Hawaii 96813
ronnie@shimchanglawyers.com
harvey@shimchanglawyers.com

Attorneys for Plaintiffs
TIARA ENGLE and
PORTNER ORTHOPEDIC REHABILITATION
INCORPORATED

CLIFFORD LAU, M.D.  (M)
Queen's Physicians' Office Building II
1329 Lusitana Street
Suite 501
Honolulu, Hawaii 96819

DATED: Honolulu, Hawaii, February 2, 2007.

_____
KENNETH J. MANSFIELD
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY