ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG        #1733-0
HARVEY M. DEMETRAKOPOULOS #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii        96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2007

at 1 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**WITHDRAWAL OF PLAINTIFF'S MOTION FOR AN ORDER COMPELLING CLIFFORD LAU, M.D. TO THOROUGHLY COMPLY WITH SUBPOENA DUCES TECUM AND TO COMPLY WITH SUBPOENA TO ATTEND AN ORAL DEPOSITION FILED JANUARY 30, 2007; CERTIFICATE OF SERVICE**<br><br>Hearing:<br><br>Date: February 21, 2007<br>Time: 2:00 p.m.<br>Judge: Barry M. Kurren<br><br>Trial Week: September 11, 2007 |

WITHDRAWAL OF PLAINTIFF'S MOTION FOR AN
ORDER COMPELLING CLIFFORD LAU, M.D. TO
THOROUGHLY COMPLY WITH SUBPOENA DUCES TECUM AND
TO COMPLY WITH SUBPOENA TO ATTEND AN ORAL DEPOSITION

Plaintiff hereby withdraws the motion for an order compelling Clifford Lau, M.D. to thoroughly comply with subpoena duces tecum and to comply with subpoena to attend an oral deposition filed January 30, 2007, and set for hearing on February 21, 2007 at 2:00 p.m. before the Honorable Barry M. Kurren.

DATED: Honolulu, Hawaii, 2/6/07.

ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>           Plaintiffs,<br><br>     vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>           Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br>Trial Week:  September 11, 2007 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following by mailing the same, postage prepaid, or by personal service, as indicated below, on 2/6/07:

    KENNETH J. MANSFIELD, ESQ.   (Hand Delivered)
    Five Waterfront Plaza
    4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Defendant
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii, _____2/6/07_____.

_____
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs