# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 04-00256SOM-BMK

CASE NAME:         Tiara Engle, et al. vs. Liberty Mutual Fire Insurance Co.

ATTYS FOR PLA:     Harvey Demetrakopoulos

ATTYS FOR DEFT:    Kenneth Mansfield

INTERPRETER:

JUDGE:    Susan Oki Mollway            REPORTER:   No Record

DATE:     2/13/2007                    TIME:       9:40 - 10:05

COURT ACTION:  EP: Status Conference -

Mr. Demetrakopoulos informed the Court re: status of this case and discovery issues.

Mr. Demetrakopoulos requests to continue Defendant's Motion for Summary Judgment set for 3/5/07, and the Jury Trial set for 9/11/07 - discussion held.

Defendant's Motion for Summary Judgment is deemed withdrawn.

The hearing date of 4/30/07 @ 9:00 a.m. is reserved for Defendant's Motion for Summary Judgment.

The motion for summary judgment will be deemed refiled, without the filing of moving papers.

Only an amended notice of hearing to be filed

The amended notice of hearing to be filed by 12:00 p.m. 4/6/07.

However, Mr. Mansfield may file a new motion for summary judgment re: subject matter that was raised in the original motion for summary judgment.

The dispositive motion cutoff is extended to 4/6/07 only to allow filing of this new motion for summary judgment.

Any opposition to be filed by 4/12/07.

Any reply to be filed by 4/19/07.

The Jury Trial will remain as scheduled for 9/11/07 subject to later discussion.


Submitted by: Toni Fujinaga, Courtroom Manager.