ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG         #1733-0
HARVEY M. DEMETRAKOPOULOS #5033-0
333 Queen Street, Suite 900
Honolulu, Hawaii         96813
Telephone No. (808)524-5803

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 04 00256 (SOM) (BK)<br>(Other Civil Action)<br><br>**NOTICE OF HEARING MOTION;**<br>**PLAINTIFF'S MOTION FOR AN**<br>**ORDER COMPELLING CLIFFORD LAU,**<br>**M.D. TO THOROUGHLY COMPLY WITH**<br>**SUBPOENA DUCES TECUM; TO**<br>**COMPLY WITH SUBPOENA TO ATTEND**<br>**AN ORAL DEPOSITION; AND FOR**<br>**AWARD OF REASONABLE EXPENSES;**<br>**MEMORANDUM IN SUPPORT OF**<br>**MOTION; AFFIDAVIT OF HARVEY M.**<br>**DEMETRAKOPOULOS; EXHIBITS "A"**<br>**- "G"; APPENDICES "A" - "B";**<br>**CERTIFICATE OF SERVICE**<br><br>Hearing:<br><br>Date:<br>Time:<br>Judge:<br><br>**Trial Week: September 11, 2007** |

84

## NOTICE OF HEARING MOTION

TO:    CLIFFORD LAU, M.D.
        1329 Lusitana Street
        Suite 501
        Honolulu, Hawaii 96813


        KENNETH J. MANSFIELD, ESQ.
        Five Waterfront Plaza - 4th Floor
        500 Ala Moana Boulevard
        Honolulu, Hawaii 96813

        Attorney for Defendant
        LIBERTY MUTUAL FIRE INSURANCE COMPANY


NOTICE IS HEREBY GIVEN that PLAINTIFF'S MOTION FOR AN ORDER COMPELLING CLIFFORD LAU, M.D. TO THOROUGHLY COMPLY WITH SUBPOENA DUCES TECUM; TO COMPLY WITH SUBPOENA TO ATTEND AN ORAL DEPOSITION; AND FOR AWARD OF REASONABLE EXPENSES shall come on for hearing before the Honorable Barry Kurren, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, 2007 at ____ ___.m., or as soon thereafter as counsel may be heard.

        DATED: Honolulu, Hawaii, ___ March 6, 2007 ___.

                                        ROY K. S. CHANG
                                      HARVEY M. DEMETRAKOPOULOS
                                      Attorneys for Plaintiffs