

SHIM & CHANG
ATTORNEYS AT LAW
A LAW CORPORATION

September 22, 2006

Dr. Clifford K.H. Lau                    Via fax at 522-9646  *faxed*

Attn: Kelly

    Re:  Subpoena served on 9/21/06

Dear Kelly:

    Thank you for your call yesterday. The subpoena served yesterday for Dr. Lau's oral deposition indicates that the deposition will take place on October 6, 2006 at 10:00 a.m. at our office. You indicated that Dr. Lau has something else scheduled at that time. We are willing to work with Dr. Lau to reset the deposition, provided a reasonable alternative date and/or time is proposed. Please let us know if Dr. Lau would like to propose a different date and/or time. If we do not receive any alternative proposal we will look forward to Dr. Lau's compliance with the subpoena on October 6, 2006 at 10:00 a.m.

                            Very truly yours,

                            SHIM & CHANG
                            Attorneys at Law

                            By _____
                               ROY K. S. CHANG
                               HARVEY M. DEMETRAKOPOULOS

HMD:rrm

333 Queen Street, Suite 900 • Honolulu, Hawaii 96813 • (808) 524-5803 • Fax (808) 538-3853
From Neighbor Islands (800) 247-5849
Hilo (808) 961-ATTY • Kona (808) 326-ATTY • Kauai (808) 246-9190 • Maui (808) 244-5006

EXHIBIT " C "