

September 28, 2006

Dr. Clifford K.H. Lau                    Via fax at 522-9646

Attn: Kelly

    Re:  Subpoena served on 9/21/06

Dear Kelly:

    Thank you for your call today. We are trying to work out the details of the deposition with Liberty Mutual, and we will then be able to address the conditions Dr. Lau has set for his compliance with the subpoena. We understand that Dr. Lau requires a set designation of how long the deposition will take, and that his office will then generate a bill which needs to be paid in advance before he will comply with the subpoena. Based on these conditions, we will postpone Dr. Lau's deposition and we will contact you again in the near future regarding a new date and time for his appearance under the subpoena.

    Thank you for your assistance.

                        Very truly yours,

                        SHIM & CHANG
                        Attorneys at Law

                By _____
                     ROY K. S. CHANG
                     HARVEY M. DEMETRAKOPOULOS

HMD:rrm

Cc: Kenneth J. Mansfield, Esq.
    Via fax at 524-8293

333 Queen Street, Suite 900 • Honolulu, Hawaii 96813 • (808) 524-5803 • Fax (808) 538-3853
From Neighbor Islands (800) 247-5849
Hilo (808) 961-ATTY • Kona (808) 326-ATTY • Kauai (808) 246-9190 • Maui (808) 244-5006