IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>           Plaintiffs,<br><br>    vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATION 1-10; DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>          Defendants. | ) CIVIL NO. 04 00256 (SOM) (BK)<br>) (Other Civil Action)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial Week:  September 11,<br>) 2007<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following by mailing the same, postage prepaid, or by personal service, as indicated below, on

   March 6, 2007    :

        KENNETH J. MANSFIELD, ESQ.   (Hand Delivered)
        Five Waterfront Plaza
        4th Floor
        500 Ala Moana Boulevard
        Honolulu, Hawaii  96813

        Attorneys for Defendant
        LIBERTY MUTUAL FIRE INSURANCE COMPANY

CLIFFORD LAU, M.D.
1329 Lusitana Street
Suite 501
Honolulu, Hawaii 96813

DATED:  Honolulu, Hawaii, _____March 6, 2007_____ .


ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiffs