McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD        #7227-0
ELIZABETH A. ROBINSON       #7805-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300;
Facsimile No.: (808) 524-8293
mansfield@m4law.com
erobinson@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>            Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>NOTICE OF APPEARANCE OF ELIZABETH A. ROBINSON AS COUNSEL FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY; CERTIFICATE OF SERVICE<br><br>Trial Date: September 11, 2007 |

157615.1

NOTICE OF APPEARANCE OF ELIZABETH A. ROBINSON
AS COUNSEL FOR DEFENDANT LIBERTY MUTUAL
FIRE INSURANCE COMPANY

Elizabeth A. Robinson, of the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Defendant Liberty Mutual Fire Insurance Company in the above-referenced matter, hereby gives notice of her appearance as counsel for Defendant Liberty Mutual Fire Insurance Company.

DATED: Honolulu, Hawaii, _____MAR 1 6 2007_____.

_____
KENNETH J. MANSFIELD
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

157615.1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED,<br><br>                Plaintiffs,<br><br>        vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>                Defendants. | CIVIL NO. 04-00256 SOM BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following individuals via electronic court filing, addressed as follows:

157615.1

Roy K.S. Chang, Esq.
Harvey M. Demetrakopoulos, Esq.
333 Queen Street, Suite 900
Honolulu, Hawaii 96813
ronnie@shimchanglawyers.com
harvey@shimchanglawyers.com

Attorneys for Plaintiffs
TIARA ENGLE and PORTNER ORTHOPEDIC
REHABILITATION INCORPORATED

DATED: Honolulu, Hawaii, _____MAR 1 6 2007_____.


_____/s/_____
KENNETH J. MANSFIELD
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY

157615.1                                  2