McCORRISTON MILLER MUKAI MacKINNON LLP

KENNETH J. MANSFIELD     #7227-0
ELIZABETH A. ROBINSON     #7805-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
mansfield@m4law.com
erobinson@m4law.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TIARA ENGLE and PORTNER ORTHOPEDIC REHABILITATION, INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. 04-00256 SOM BMK <br> (Other Civil Action) <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER <br><br><br><br><br><br><br> Trial Date: February 13, 2007 |

159452v1 (WP)

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between all of the parties who have appeared herein, by their respective undersigned counsel, that this action is hereby dismissed with prejudice as to all claims and all parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party is to bear its own attorneys' fees and costs.

Trial is scheduled for September 11, 2007.

There are no other parties and/or issues which remain to be resolved or dealt with in this case.

DATED: Honolulu, Hawaii, April 17, 2007.

/s/ Harvey M. Demetrakopoulos
ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS

Attorneys for Plaintiffs
TIARA ENGLE and PORTNER
ORTHOPEDIC REHABILITATION,
INCORPORATED


/s/ Elizabeth A. Robinson
KENNETH J. MANSFIELD
ELIZABETH A. ROBINSON

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii; April 18, 2007.



_____
Susan Oki Mollway
United States District Judge

---

Tiara Engle, et al. v. Liberty Mutual Fire Insurance Company; Civil No. 04-00256; In the United States District Court, District of Hawaii; **Stipulation for Dismissal With Prejudice of All Claims and All Parties and Order**